IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD NYBECK,** | **CIVIL ACTION** |
| *Plaintiff,* | |
| v. | **NO. 17-4428** |
| **A.O. SMITH CORP.,** *et al.*, | |
| *Defendants.* | |

### ORDER

**AND NOW**, this 14th day of May, 2021, upon consideration of the "Motion for Summary Judgment" by Rockwell Automation, Inc., as successor by merger to The Allen-Bradley Co. ("Allen Bradley") (ECF No. 295), Plaintiff's Memorandum of Law in opposition (ECF No. 314), and Defendant's Reply (ECF No. 320), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** such that summary judgment is entered in favor of Allen Bradley on all claims.

The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**Hon. Mitchell S. Goldberg**