**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                           |   |                |
|---------------------------|---|----------------|
| **RICHARD NYBECK,**       | : | **CIVIL ACTION** |
|                           | : |                |
| *Plaintiff,*              | : |                |
|                           | : |                |
| **v.**                    | : | **NO. 17-4428** |
|                           | : |                |
| **A.O. SMITH CORP.**, *et al.*, | : |          |
|                           | : |                |
| *Defendants.*             | : |                |

## ORDER

**AND NOW**, this 14th day of May, 2021, upon consideration of Defendant A.O. Smith Corporation's "Motion for Summary Judgment" (ECF No. 296), Plaintiff's Memorandum of Law in opposition (ECF No. 315), and Defendant's Reply (ECF No. 318), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** such that summary judgment is entered in favor of A.O. Smith Corporation on all claims.

The Clerk of Court is directed to mark this action as **CLOSED as to Defendant A.O. Smith Corporation**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**Hon. Mitchell S. Goldberg**