IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD NYBECK,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **NO. 17-4428** |
| **A.O. SMITH CORP.,** *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 15th day of June, 2021, upon consideration of Defendant Ford Motor Company's "Motion for Summary Judgment" (ECF Nos. 292, 299), Plaintiff's Memorandum of Law in opposition (ECF No. 316), and Defendant's Reply (ECF No. 319), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Ford Motor Company's Motion is **GRANTED** such that summary judgment is entered in favor of Ford Motor Company on all claims.

The Clerk of Court is directed to mark this action as **CLOSED as to Defendant Ford Motor Company only**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**